**Leroy HOLMES, Plaintiff–Appellant,**

v.

**Steven LENES; Joseph Black; Michael Sheedy; Willie Weldon; Nurse Draffin, Defendants–Appellees,**

and

**Mae Brown; Gail Fricks; Robert C. Woods; William Catoe, Defendants.**

No. 01–6249.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

Leroy Holmes, pro se. Jackson L. Barwick, Jr., Chapin, SC; Norma Anne Turner Jett, Early & Ness, Bamberg, SC; Phillip Florence, Jr., Davidson, Morrison & Lindemann, P.A., Columbia, SC, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Leroy Holmes appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Holmes v. Lenes,* No. CA–00–488–9–20RB (D.S.C. Jan. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*